## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| **ROBERT L. TAYLOR** <br> **AND** <br> **ROBIN A. TAYLOR,** | |
| **Plaintiffs,** | **Case No. 4:16-cv-04167-SLD-JEH** |
| **v.** | |
| **OCWEN LOAN SERVICING, LLC,** | |
| **Defendant.** | |

### DEFENDANT OCWEN LOAN SERVICING, LLC'S
### MOTION FOR LEAVE TO FILE A REPLY

NOW COMES Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by counsel, and for its Motion for Leave to File a Reply in Response to Plaintiffs' Response in Opposition to Ocwen's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, states as follows:

1. On November 29, 2016, Ocwen filed its Motion to Dismiss Plaintiffs' Amended Complaint ("Motion to Dismiss") (Dkt. No. 11).

2. On December 30, 2016, Plaintiffs filed their Response in Opposition to Ocwen's Motion to Dismiss (Dkt. No. 18).

3. Ocwen respectfully requests that, pursuant to Local Rule 7.1(B)(3), (F), the Court grant it leave to file the Reply attached hereto as **Exhibit 1** for the limited purpose of responding to the arguments set out in Plaintiffs' Response.

4. Ocwen submits that the brief argument set out in the attached Reply will assist the Court in deciding whether to grant Ocwen's Motion to Dismiss.

5. A proposed Order granting this Motion is attached hereto.

WHEREFORE, Ocwen Loan Servicing, LLC respectfully requests that the Court issue an Order (a) granting Ocwen leave to file the attached Reply; and (b) granting any other just and appropriate relief.

Dated:  January 10, 2017                         Respectfully submitted,

/s/ Tyler S. Mertes
Tyler S. Mertes (No. 6283522)
TROUTMAN SANDERS LLP
55 W. Monroe St., Ste. 3000
Chicago, IL 60603
Telephone:  (312) 759-5948
Facsimile:  (773) 877-3742
Email: tyler.mertes@troutmansanders.com

John C. Lynch, (general admission pending) *(Lead Counsel)*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7500
Facsimile:  (757) 687-7510
Email: john.lynch@troutmansanders.com

Michael E. Lacy, (general admission pending)
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804)697-1200
Facsimile:  (804) 697-1339
Email: michael.lacy@troutmansanders.com
*Counsel for Defendant Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**Counsel for Plaintiffs**
Joel A. Deutsch
DEUTSCH & DEUTSCH
1825 3rd Avenue
Rock Island, IL 62101
Telephone: 309-788-9541
Email: deutschlaw@gmail.com

Seth R. Lesser
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200
Emal: slesser@klafterolsen.com

/s/ Tyler S. Mertes
Tyler S. Mertes (No. 6283522)
TROUTMAN SANDERS LLP
55 W. Monroe St., Ste. 3000
Chicago, IL 60603
Telephone:  (312) 759-5948
Facsimile:  (773) 877-3742
Email: tyler.mertes@troutmansanders.com
*Counsel for Defendant Ocwen Loan Servicing, LLC*