Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Robert L. Taylor,  )
Robin A. Taylor  )
  )
Plaintiffs

  vs.  )   Case Number: 16-cv-4167
  )
  )
Ocwen Loan Servicing LLC,  )

Defendant

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court.   The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's [11] motion to dismiss is GRANTED, and its [19] motion for leave to file a reply DENIED. The [9] amended complaint is DISMISSED. The Clerk is directed to enter judgment and close the case.

Dated: 8/14/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court