UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ROBERT L. TAYLOR and ROBIN A. TAYLOR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 4:16-cv-04167-SLD-JEH |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

On August 29, 2017, one week after Plaintiffs filed their Motion to Reopen and Reconsider the dismissal of this action, the Eighth Circuit Court of Appeals issued a decision which is relevant to Plaintiffs' contention that their FDCPA claims are not barred by the statute of limitations. Plaintiffs contend, *inter alia*, that the fact that Ocwen wrongly induced the Taylors to modify their loan and agree to an amount not permitted by bankruptcy law more than a year before this action was filed does not grant it immunity from its later efforts *to collect amounts not permitted by law* in violation of 15 U.S.C. 1692f(1). In *Demarais vs. Gurstel Chargo, P.A.*, ___ F.3d ___, 2017 WL 3707437 (8th Cir. Aug. 29, 2017), the Court reversed the district court's holding that a debt collector's in-court communication that sought to collect amounts plaintiff claimed were not owed was time-barred because the defendant was simply restating a position asserted at the start of the state court case, more than a year prior to the filing of Plaintiff's FDCPA litigation:

> If a debt collector violates the FDCPA, an individual may sue to enforce FDCPA liability within one year of that violation. It does

> not matter that the debt collector's violation restates earlier assertions—if the plaintiff sues within one year of the violation, it is not barred by § 1692k(d). Each alleged violation of the FDCPA is "evaluate[d] ... individually to determine whether any portion of" the "claim is not barred by the statute of limitations." *Llewellyn v. Allstate Home Loans, Inc.*, 711 F.3d 1173, 1188 (10th Cir. 2013). *Accord Solomon v. HSBC Mortg. Corp.*, 395 Fed. Appx. 494, 497 (10th Cir. 2010); *Purnell v. Arrow Fin. Servs., LLC*, 303 Fed. Appx. 297, 301-02 & n.3 (6th Cir. 2008). As the Tenth Circuit points out, "Any other rule would immunize debt collectors from later wrongdoing." *Solomon*, 395 Fed. Appx. at 497 n.3.

*Id.* at *5 (parentheticals omitted). Just as the attempt to collect amounts not owed at issue in *Demarais* was a new violation, so, too, were Ocwen's recent monthly attempts to collect amounts not owed new violations as well.

Dated: September 20, 2017              Respectfully submitted,

By: */s/ Seth R. Lesser*
KLAFTER OLSEN & LESSER LLP
Seth Lesser (NY Bar # 2265585)**
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-0220
Email: slesser@klafterolsen.com

BERGER & MONTAGUE, P.C.
E. Michelle Drake (MN Bar # 0387366)**
John G. Albanese (MN Bar # 0395882)**
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net

NATIONAL CONSUMER LAW CENTER INC.
Charles Delbaum (MA Bar # 543225)**
Stuart Rossman (MA Bar #430640)**
7 Winthrop Square, 4th Floor
Boston, MA 02110
Telephone: (617) 542-8010
Facsimile: (617) 542-8028
Email: cdelbaum@nclc.org
Email: srossman@nclc.org

DEUTSCH & DEUTSCH
Joel Deutsch (#00623059)*
1825 3rd Avenue
Rock Island, IL 61201
Telephone: (309) 788-9541
Facsimile: (309) 794-1195
Email: Deutschlaw@gmail.com

*generally admitted*
*\*\* admitted or to be admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 20th day of September, 2017, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and sent an e-mail to all counsel of record, including the following:

**Counsel for Plaintiffs**

Joel A. Deutsch
Deutsch & Deutsch
1825 3rd Avenue
Rock Island, IL 62101
Telephone: 309-788-9541
Email: deutschlaw@gmail.com

Seth R. Lesser
Christopher Timmel
Klafter Olsen & Lesser, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
Email: slesser@klafterolsen.com
Email: christopher.timmel@klafterolsen.com

Charles Marshall Delbaum
Stuart Todd Rossman
National Consumer Law Center Inc.,
7 Winthrop Square, 4th Floor
Boston, MA 02110
Telephone: (617) 542-8010
Email: cdelbaum@nclc.org
Email: srossman@nclc.org

E. Michelle Drake
John G. Albanese
Berger & Montague PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5933
Email: emdrake@bm.net
Email: jalbanese@bm.net

**Counsel for Defendant**

William P. Pipal
Seth Erickson
Troutman Sanders
One North Wacker Drive, Suite 2905
Chicago, IL 60606

Telephone: (312) 759-1920
Email: seth.erickson@troutmansanders.com
Email: william.pipal@troutmansanders.com

/s/Seth R. Lesser
Seth R. Lesser