# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

ROBERT L. TAYLOR
AND
ROBIN A. TAYLOR,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

Case No. 4:16-cv-04167-SLD-JEH

## DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT

Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant"), by counsel, hereby moves to dismiss Plaintiffs' Third Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6). The reasons in support of the motion are set forth in the accompanying memorandum.

WHEREFORE, Ocwen Loan Servicing, LLC requests that the Court dismiss the Third Amended Class Action Complaint with prejudice and grant Ocwen any other relief the Court deems appropriate.

Dated: January 18, 2019

Respectfully submitted,

/s/ Michael E. Lacy
Michael E. Lacy
TROUTMAN SANDERS LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Fax: (804) 698-1339
Email: michael.lacy@troutman.com

37564070

Seth M. Erickson (No. 6299731)
TROUTMAN SANDERS LLP
One North Wacker Drive, Suite 2905
Chicago, IL 60606
Telephone: (312) 759-1920
Fax: (773) 759-1939
Email: seth.erickson@troutman.com
**Counsel for Defendant Ocwen Loan Servicing, LLC**