**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| ROBERT L. TAYLOR AND ROBIN A. TAYLOR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 4:16-cv-04167-SLD-JEH |

**JOINT MOTION TO EXTEND THE DEADLINE
TO FILE A STIPULATION OF DISMISSAL**

Plaintiffs, Robert L. Taylor and Robin A. Taylor, and Defendant, Ocwen Loan Servicing, LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby move this Court for entry of an order extending the deadline to file a Stipulation of Dismissal. In support of this Motion, Plaintiffs and Defendant state as follows:

1. During a telephonic status conference on November 22, 2019, the Parties notified the Court that a settlement in principle had been reached.

2. By Text Order of the Court, the Parties were directed to file a Stipulation to Dismiss on or before December 27, 2019.

3. Since that time, the parties have been working in good faith on finalizing a settlement agreement. Indeed, the Settlement and Release Agreement was fully executed December 23, 2019.

4. Nonetheless, the Parties are still working to implement the terms of the settlement.

5. The Parties request this Court enter an order extending the deadline to file a joint stipulation of dismissal for an additional thirty-one (31) days, up to and including January 27, 2020.

6. This is the first extension of time sought by the Parties.

7. This joint motion is not made for the purposes of vexation or delay and will not prejudice any party to this lawsuit.

8. Counsel for all parties have consented to the relief sought in this motion.

WHEREFORE, the Parties respectfully request this Court enter an order extending the deadline for the parties to file a Stipulation of Dismissal with Prejudice for an additional thirty-one (31) days, up to and including January 27, 2020.

**WE ASK FOR THIS:**

| **ROBERT L. TAYLOR and ROBIN A. TAYLOR** | **OCWEN LOAN SERVICING, LLC** |
|---|---|
| /s/ Jeffrey A. Klafter | /s/ Michael E. Lacy |
| Jeffrey A Klafter | Michael E. Lacy |
| Seth Richard Lesser | TROUTMAN SANDERS LLP |
| KLAFTER OLSEN & LESSER LLP | Post Office Box 1122 |
| Suite 350 | Richmond, VA 23218-1122 |
| Two International Drive | Telephone: (804) 697-1200 |
| Rye Brook, NY 10573 | Fax: (804) 698-1339 |
| Telephone: 914-934-9200 | Email: michael.lacy@troutman.com |
| Fax: 914-934-9220 | |
| Email: jak@klafterolsen.com | Seth M. Erickson (No. 6299731) |
| Email: slesser@klafterolsen.com | TROUTMAN SANDERS LLP |
| | One North Wacker Drive, Suite 2905 |
| | Chicago, IL 60606 |
| | Telephone: (312) 759-1920 |
| | Fax: (773) 759-1939 |
| | Email: seth.erickson@troutman.com |
| | |
| | *Counsel for Defendant* |

Charles Marshall Delbaum
Stuart Todd Rossman
NATIONAL CONSUMER LAW CENTER INC.
4th Floor
7 Winthrop Square
Boston, MA 02110
Telephone: 617-542-8010
Fax: 617-542-8028
Email: cdelbaum@nclc.org
Email: srossman@nclc.org

Eleanor Michelle Drake
John G Albanese
BERGER & MONTAGUE PC
Suite 505
43 SE Main Street
Minneapolis, MN 55414
Telephone: 612-594-5933
Fax: 612-584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net

Joel Deutsch
DEUTSCH & DEUTSCH
1825 3rd Avenue
Rock Island, IL 61201
Telephone: 309-788-9541
Fax: 309-794-1195
Email: deutschlaw@gmail.com

*Counsel for Plaintiffs*